# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>     *Debtors.* | Civil Action No. 18-cv-00381 (RGA)<br><br>Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered) |
| SHIRLEY FENICLE, INDIVIDUALLY, AND AS SUCCESSOR -IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, DAVID WILLIAM FAHY, JOHN H. JONES, DAVID HEINZMANN, HAROLD BISSELL, KURT CARLSON, ROBERT ALBINI, AND DENIS BERGSCHNEIDER<br><br>     *Appellants,*<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>     *Appellees.* | |

## [PROPOSED] ORDER GRANTING MOTION TO AMEND CAPTION OR, IN THE ALTERNATIVE, TO INTERVENE

Upon the *EFH Plan Administrator Board's Motion to Amend Caption or, in the Alternative, to Intervene* (D.I. 17) in the above-captioned appeal (the "Motion"); ~~and the Court having found that it has jurisdiction to consider the Motion;~~ and the Court ~~having found that venue is proper before this Court; and the Court having found that the EFH Plan Administrator Board provided due and proper notice of the~~

RLF1 19127108v.1

~~Motion; and upon consideration of the record of all proceedings had before the Court; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;~~ and after due deliberation and sufficient cause and consideration of the further briefing (D.I. 22, 28) appearing therefor, it is hereby **ORDERED**:

1. The Motion is hereby granted.

2. The EFH Plan Administrator Board is a party to the above-captioned appeal, and the case caption will be amended to reflect the EFH Plan Administrator Board is an appellee in the above-captioned appeal.

~~3. The EFH Plan Administrator Board is hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.~~

3. All Appellees are to file one joint brief conforming with the appropriate word count.

~~4. The Court shall retain jurisdiction over any matter or disputes arising from or relating to the interpretation, implementation or enforcement of this Order.~~

Dated: May 7, 2018
Wilmington, Delaware

/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Judge

RLF1 19127108v.1